EDWIN B. HIRSCHBERG V. JACQUES H. HECHT.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PRUDENCE COMPANY V. 160 WEST SEVENTY-THIRD STREET CORPORATION and Others. ARTHUR W. SMITH, Receiver.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ. [See 235 App. Div. 543.]

MITZI WEINBERGER, Guardian ad Litem of LEON WEINBERGER, an Infant, v. LOUIS VAN HESSEN, Also Known as " LOUIS COHEN."— Motion for leave to appeal to the Court of Appeals granted and question certified. Motion for reargument denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See ante, p. 14.]

In the Matter of the Application of WALTER A. MITCHELL against EDWARD P. MULROONEY, Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MIRIAM BLUMENTHAL V. PICTURE CLASSICS, INC., and Another.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [See 235 App. Div. 570.]

CHARLES A. KIP and Others v. THE NEW YORK CENTRAL RAILROAD COMPANY and Others.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [See ante, p. 654.]

RALEIGH W. DODSON V. JOSEPH C. HANDSHOE, Interpleaded, etc., in Place of MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NELSON S. SPENCER V. TIMOTHY A. LEARY, as President Justice of the Municipal Court of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — McAvoy, Merrell, Martin and O'Malley, JJ.

JOHN T. CLARKE V. AMERICAN PRESS ASSOCIATION and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ROBERT D. DOUGLASS and Others, as Surviving Executors, etc., of ROBERT G. DUNN, Deceased, v. MARY R. CHISHOLM and Others, Individually and as Executors, etc., of ELLEN M. CHISHOLM, Deceased, and Others. In the Matter of the Application of NELLIE C. CHISHOLM and JOHN J. CAHILL, as Executors, etc., of WALTER CHISHOLM, Deceased, for the Payment of Surplus Moneys, etc. NELLIE CHISHOLM and JOHN J. CAHILL, as Executors, etc., of HENRY F. WILSON, as Executor, etc., and BROWN, WHEELOCK, HARRIS, VOUGHT & Co.— RALPH T. SMITH and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JAMES DYER, an Infant, by His Guardian ad Litem, FRANCES DYER, v. CENTRAL

SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NUNZIO MONTALBANO v. LUMBERMEN'S INSURANCE COMPANY OF PHILADELPHIA. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CLARENCE H. FAY and BENJAMIN G. GLOVER, as Substituted Trustees, etc., of JOHN CROMWELL, Deceased, v. ANNE F. MOEHLENPAH and ALICE MOEHLENPAH, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See ante, p. 716.]

THE GARDNER MOTOR COMPANY v. DRAEGER SHIPPING Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

MANUFACTURERS TRUST COMPANY, as Successor Corporate Trustee, etc., v. ROERICH MUSEUM and Others.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument and for a stay denied. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [See ante, p. 76.]

RAY BLOCK ROMAN v. KATHRINE DONOVAN and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the INVESTIGATION OF THE ADMINISTRATION AND CONDUCT OF THE VARIOUS DEPARTMENTS OF THE GOVERNMENT OF THE CITY OF NEW YORK, etc. In re WILLIAM J. FLYNN. JOINT LEGISLATIVE COMMITTEE, Appellant.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

WILLIAM DONALDSON v. PIETROWSKI & KONOP COMPANY, Impleaded with AMIA REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

HARRIS FLOORING COMPANY v. PRITCH FLOORING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM WOLFSON v. SAINT PAUL FIRE AND MARINE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.